# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**GLYNDA WHITE**                                                                    **PLAINTIFF**

**v.**                       **Case No. 3:12-cv-00062-KGB**

**RICE BELT TELEPHONE CO., INC.**                                  **DEFENDANT**

---

**RICE BELT TELEPHONE CO., INC.**                     **THIRD-PARTY PLAINTIFF**

**v.**

**ROBERT C. PIERSON**                               **THIRD-PARTY DEFENDANT**

## ORDER

By prior Order, the Court set a schedule for the parties to file a supplemental administrative record and supplemental briefing (Dkt. No. 15). On the Court's own motion, that schedule is modified as follows. By December 2, 2014, the parties shall file a supplemental administrative record containing written plan documents. Glynda White shall file a supplemental brief on or before January 6, 2015, and Rice Belt Telephone Co., Inc., shall file a supplemental brief on or before January 20, 2015.

SO ORDERED this the 13th day of November, 2014.

_/s/ Kristine G. Baker_
Kristine G. Baker
United States District Judge