## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**GLYNDA WHITE**                                                                                           **PLAINTIFF**

**v.**                              **Case No. 3:12-cv-00062-KGB**

**RICE BELT TELEPHONE CO., INC.**                                                      **DEFENDANT**

---

**RICE BELT TELEPHONE CO., INC.**                                           **THIRD-PARTY PLAINTIFF**

**v.**

**ROBERT C. PIERSON**                                                             **THIRD-PARTY DEFENDANT**

### ORDER

The parties have filed a stipulation of dismissal with prejudice as to plaintiff Glynda White's complaint against defendant Rice Belt Telephone Co., Inc. ("Rice Belt") (Dkt. No. 20). Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Ms. White's complaint is dismissed with prejudice.

Rice Belt's third-party complaint against Robert C. Pierson remains pending. The Court directs Rice Belt and Mr. Pierson to file within 10 days of this Order status reports as to the status of the third-party complaint and what remains to be done to move this case toward conclusion.

SO ORDERED this the 4th day of June, 2015.

_____
Kristine G. Baker
United States District Judge