IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GLYNDA WHITE                                                                                              PLAINTIFF

v.                            Case No. 3:12-cv-00062-KGB

RICE BELT TELEPHONE CO., INC.                                                            DEFENDANT
_____

RICE BELT TELEPHONE CO., INC.                                            THIRD-PARTY PLAINTIFF

v.

ROBERT C. PIERSON                                                            THIRD-PARTY DEFENDANT

## ORDER

Before the Court is a stipulation of dismissal with prejudice as to all remaining claims (Dkt. No. 26). On March 13, 2015, the parties filed a stipulation confirming that plaintiff Glynda White's causes of action had been compromised, that all terms of settlement had been performed, and that her complaint could be dismissed with prejudice (Dkt. No. 20). The Court granted the motion for dismissal and dismissed with prejudice Ms. White's complaint as to defendant Rice Belt Telephone Co., Inc. ("Rice Belt") (Dkt. No. 21). Rice Belt's third party complaint against Robert C. Pierson remained pending. The current stipulation states that Rice Belt and Mr. Pierson have now compromised all claims and causes of action remaining between them and that all terms of the settlement have been performed. Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court dismisses with prejudice this action in its entirety with the parties to bear their own legal fees and costs. This matter is therefore removed from the Court's trial docket for the week of May 9, 2016.

So ordered this 19th day of February, 2016.

                                            Kristine G. Baker
                                            United States District Judge